IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:25MJ4073 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| v. | ) | |
| | ) | |
| MOLLY DUNCAN, | ) | GOVERNMENT'S MOTION FOR LEAVE |
| | ) | TO FILE EX PARTE MOTION UNDER |
| Defendant. | ) | SEAL |

Now comes the United States of America, by and through counsel, Carol M. Skutnik, Acting United States Attorney, and Margaret A. Kane, Assistant United States Attorney, and respectfully requests that the Court permit the United States to submit its Ex-Parte Sealing Motion under seal. The government is seeking to have a redacted criminal complaint filed on the docket to not reveal case sensitive information and to not impair the ongoing criminal investigation. In order to protect the integrity of the investigation and to not endanger members of law enforcement, the United States likewise requests that the Court enter an Order permitting it to file its motion under seal.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By:   /s/ Margaret A. Kane
Margaret A. Kane (OH: 0082084)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3624
(216) 522-7358 (facsimile)
Margaret.Kane@usdoj.gov