FILED

MAY – 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. **1 ⋮ 25 CR 0 0 2 0 0** |
| | ) | Title 18, United States Code, |
| MOLLY ELISABETH DUNCAN, | ) | Sections 2251(a), 2252(a)(2), and |
| | ) | 2252A(a)(5)(B) |
| Defendant. | ) | **JUDGE BARKER** |

COUNT 1
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury charges:

1.      From on or about November 2023, through on or about March 2024, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant MOLLY ELISABETH DUNCAN did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #1, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2251(a).

COUNT 2
(Sexual Exploitation of Children, 18 U.S.C. § 2251(a))

The Grand Jury further charges:

2.      From on or about April 2024, through on or about July 2024, in the Northern District of Ohio, Eastern Division and elsewhere, Defendant MOLLY ELISABETH DUNCAN

did use, persuade, induce, entice and coerce a minor (to wit: Minor Victim #2, whose identity is known to the Grand Jury) to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, including by computer, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 3
(Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

3. From on or about April 22, 2024, to on or about March 25, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant MOLLY ELISABETH DUNCAN did knowingly distribute, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 4
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

4. On or about March 27, 2025, in the Northern District of Ohio, Eastern Division, Defendant MOLLY ELISABETH DUNCAN did knowingly possess a white Apple iPhone 13, bearing serial number FL4RQV45XH and IMEI 354455408629028, that contained child pornography as defined in Title 18, Section 2256(8), United States Code, which child pornography was produced using materials that had been shipped and transported in interstate

and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.