IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STATE OF OHIO | ) | CASE NO. 1:25-CR-00200 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | **MOTION TO TAKE NOTICE THAT** |
| | ) | **DEFENDANT IS ASSERTING AN** |
| MOLLY DUNCAN | ) | **INSANITY DEFENSE** |
| | ) | |
| Defendant. | ) | |

Now comes Defendant Molly Duncan, herein moves this Honorable Court to Take Notice that she is asserting an insanity defense at this time of her charges in her indictment pursuant to Rule 12.2 (a) of the Federal Rules of Criminal Procedure. Defendant further intends to introduce expert evidence relating to her mental disease or defect at trial hearing on the issue of guilt and/or issue of punishment.

Respectfully submitted,

/s/ R. J. Budway
**R. J. BUDWAY 0061224**
Attorney for Defendant
5505 Detroit Road, Suite E
Sheffield Village, OH 44054
PH: (440) 323-0100
FX: (440) 219-4864
Email: attyrjb1@hotmail.com

/s/ Steve Albenze
**STEVE ALBENZE 0089558**
Attorney for Defendant
124 Middle Avenue, Suite 900
Elyria, OH 44035
PH: (440) 523-1783
FX: (440) 284-1736
Email: Albenzelawgroup@gmail.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion was served on the State by electronic mail transmission this 14th day of July, 2025, upon the following:

Margaret A. Kane
Assistant United States Attorney/Northern District of Ohio
Margaret.kane@usdoj.gov

Michelle Baeppler
Assistant United States Attorney/Northern District of Ohio
Michelle.baeppier@usdij.com

/s/ R. J. Budway
**R. J. BUDWAY 0061224**

/s/ Steve Albenze
**STEVE ALBENZE 0089558**